| AO 10<br>Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2017** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>WRIGHT, SUSAN W. | 2. Court or Organization<br><br>EASTERN DISTRICT OF ARKANSAS | 3. Date of Report<br><br>05/02/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. DISTRICT JUDGE (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>UNITED STATES DISTRICT COURT<br>600 W. CAPITOL AVE., SUITE 522<br>LITTLE ROCK, AR 72201 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | ONE (1) FAMILY TRUST - see note in Part VIII |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/02/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | First Amendment Center/ Newseum | March 24 to 26, 2017 | Washington, D.C. | moot court judge | Transportation, meals and hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ELAN - See note in Part VIII | CREDIT CARD - REVOLVING CREDIT | None |
| 2. | NISSAN MOTOR ACCEPTANCE CORPORATION - See note in Part VIII | DEFICIENCY OBLIGATION (NOT JUDGMENT) | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | TIAA/CREF-1 S403(b) - Traditional Fixed Annuity | A | Interest | | | Distributed | 02/01/17 | K | | |
| 2. | Simmons Bank Account | A | Interest | K | T | | | | | |
| 3. | Brokerage Acct. WF7-2943 (IRA) (H) | | | | | | | | | |
| 4. | - Money Market - Wells Fargo | A | Interest | K | T | | | | | |
| 5. | - Altria Group Inc | A | Dividend | K | T | | | | | |
| 6. | - Apple Inc. | A | Dividend | K | T | Sold (part) | 04/27/17 | J | B | |
| 7. | - IShares S&P US Preferred Stock | C | Dividend | L | T | Sold (part) | 01/03/17 | J | | |
| 8. | - Western Asset Income Fd. (mutual fund) | | None | | | Sold (part) | 01/03/17 | J | | |
| 9. | | | | | | Sold (part) | 01/04/17 | K | B | |
| 10. | | | | | | Sold | 01/05/17 | J | A | |
| 11. | - VANGUARD FTSE DEVELOPED MARKETS ETF | B | Dividend | L | T | Buy (add'l) | 01/03/17 | L | | |
| 12. | | | | | | Sold (part) | 04/27/17 | J | A | |
| 13. | | | | | | Buy (add'l) | 05/16/17 | K | | |
| 14. | - VANGUARD SHORT TERM ETF CORP BD | B | Dividend | L | T | Buy (add'l) | 01/03/17 | J | | |
| 15. | | | | | | Buy (add'l) | 04/27/17 | J | | |
| 16. | - PIMCO ACTIVE BOND EXCHANGE-TRADED FD BD (FORMERLY PIMCO TOT RET) | B | Dividend | L | T | Buy (add'l) | 01/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. | | | | | Buy (add'l) | 04/27/17 | J | | |
| 18. - ALPHABET INC VOTING CAP STK CL A | | None | K | T | Sold (part) | 04/27/17 | J | A | |
| 19. - ISHARES S&P MIDCAP 400 VALUE | A | Dividend | K | T | Sold (part) | 01/03/17 | J | A | |
| 20. | | | | | Sold (part) | 05/16/17 | K | C | |
| 21. - ISHARES CORE S&P SMALL CAP 600 VALUE | A | Dividend | K | T | Sold (part) | 01/03/17 | J | B | |
| 22. | | | | | Buy (add'l) | 04/27/17 | J | | |
| 23. | | | | | Sold (part) | 05/16/17 | K | C | |
| 24. - PIMCO FDS INCOME FD INSTL CL | B | Dividend | K | T | Sold (part) | 01/04/17 | K | | |
| 25. - ALERIAN MLP ETF | B | Dividend | | | Buy (add'l) | 04/27/17 | J | | |
| 26. | | | | | Sold | 08/24/17 | K | | |
| 27. - AT&T INC | A | Dividend | K | T | Sold (part) | 01/03/17 | J | A | |
| 28. | | | | | Buy (add'l) | 04/27/17 | J | | |
| 29. - BERKSHIRE HATHAWAY INC SERIES B NEW | | None | K | T | Sold (part) | 01/03/17 | J | A | |
| 30. - CBS CORP CL B | A | Dividend | | | Sold (part) | 01/03/17 | J | A | |
| 31. | | | | | Sold | 01/24/17 | K | C | |
| 32. - CELGENE CORP | | None | K | T | Sold (part) | 01/03/17 | J | A | |
| 33. - EXXON MOBILE CORP | A | Dividend | | | Sold | 02/24/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. - FACEBOOK INC CLASS A | | None | K | T | Buy (add'l) | 01/03/17 | J | | |
| 35. | | | | | Sold (part) | 04/27/17 | J | A | |
| 36. - INTEL CORP | A | Dividend | K | T | | | | | |
| 37. - INTERNATIONAL PAPER | A | Dividend | K | T | Sold (part) | 01/03/17 | J | B | |
| 38. - JPMORGAN CHASE & CO | A | Dividend | K | T | Sold (part) | 01/03/17 | J | A | |
| 39. - MERCK & CO INC NEW | A | Dividend | K | T | | | | | |
| 40. - VANGUARD REIT | B | Dividend | K | T | | | | | |
| 41. - WALMART STORES INC | A | Dividend | | | Sold | 01/03/17 | K | A | |
| 42. - DOUBLELINE FDS TR TOTAL RETURN BD FD CL I | C | Dividend | M | T | Sold (part) | 01/03/17 | J | | |
| 43. | | | | | Buy (add'l) | 04/27/17 | J | | |
| 44. - ANHEUSER BUSCH INBEV | A | Dividend | K | T | Buy | 01/03/17 | K | | |
| 45. - APPLIED MATERIALS INC | | None | K | T | Buy | 12/07/17 | K | | |
| 46. - D R HORTON INC | A | Dividend | K | T | Buy | 04/27/17 | K | | |
| 47. - ELECTRONIC ARTS INC | | None | | | Buy | 01/03/17 | K | | |
| 48. | | | | | Sold | 04/27/17 | K | C | |
| 49. - HANESBRANDS INC | A | Dividend | K | T | Buy | 01/24/17 | K | | |
| 50. | | | | | Buy (add'l) | 04/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. - ISHARES TIP BOND ETF | A | Dividend | K | T | Buy | 01/03/17 | K | | |
| 52. - QUALCOMM INC | A | Dividend | K | T | Buy | 07/11/17 | K | | |
| 53. - SPDR S&P REGNL BNKG ETF | A | Dividend | K | T | Buy | 07/11/17 | K | | |
| 54. - VANGUARD INTL EQUITY WTF CORP BD | B | Dividend | L | T | Buy | 01/03/17 | K | | |
| 55. | | | | | Sold (part) | 04/27/17 | J | A | |
| 56. | | | | | Buy (add'l) | 05/16/17 | K | | |
| 57. - DEUTSCHE SECS TR ENHANCED COMMODITY STRAT | A | Dividend | | | Buy | 01/03/17 | K | | |
| 58. | | | | | Buy (add'l) | 04/27/17 | J | | |
| 59. | | | | | Sold | 07/11/17 | K | | |
| 60. - PACIFIC FUNDS FLOATING RATE INCOME ADVISOR | C | Dividend | L | T | Buy | 01/03/17 | L | | |
| 61. | | | | | Buy (add'l) | 04/27/17 | J | | |
| 62. WA Brok.Acct.6 (2931) (H) | | | | | | | | | |
| 63. - Wells Fargo Bank Co. Money Mkt. Acct. | A | Interest | K | T | | | | | |
| 64. - University AR Univ Revs Various Fac-Fayetteville Ser A B/E OID 5.0% | A | Interest | J | T | | | | | |
| 65. - University Cent AR Rev Rfdg Stdnt Fee Ser B B/E CPN 3.25%, 9/1/23 | A | Interest | J | T | | | | | |
| 66. - Voya SmartDesign Variable Annuity - VY T. Rowe Price Capital Appre | A | Interest | K | T | | | | | |
| 67. - WATSON CHAPEL AR SCH DIST 24 CONSTR G/O LTD CPN 4.25%, 6/1/40 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. - AT&T INC | A | Dividend | | | Sold | 04/26/17 | K | B | |
| 69. - DILLARDS CAP TR I 7.5%, 8/1/38 | B | Interest | K | T | | | | | |
| 70. - GENERAL ELECTRIC COMPANY | A | Dividend | | | Sold | 04/26/17 | J | B | |
| 71. - SENIOR HOUSING PROP TR REIT | A | Dividend | | | Sold | 04/26/17 | J | | |
| 72. Simmons Bank (Y) | | | | | | | | | |
| 73. Lafayette Co., AR (royalty & fractional mineral interests) (Y) | | | | | | | | | |
| 74. Miller Co., AR (royalty & fractional mineral interest) (Y) | | | | | | | | | |
| 75. Webster Parish, LA (royalty & fractional mineral inter.) (Y) | | | | | | | | | |
| 76. Caddo Parish, LA (royalty & fractional mineral inter.) (Y) | | | | | | | | | |
| 77. Hempstead Co., AR (mineral interest) (Y) | | | | | | | | | |
| 78. Miller Co., AR (land) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| WRIGHT, SUSAN W. | 05/02/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I indicates that reporting person is a trustee of a family trust. This trust is not reportable in Part VII.

Part VI lines 1 and 2 - these were liabilities of the reporting person's spouse who died in 2017, and therefore, will not be reportable on future reports.

Part VII - Investments and Trusts:

Line 3 - A heading for an IRA account. The underlying assets are reported on lines 4 through 61.

Line 62 - A heading for a brokerage account. The underlying assets are reported separately on lines 63 through 71, including the income, year-end values and transactions.

Line 66 - The Voya SmartDesign Variable Annuity is 100% invested in VY T. Rowe Price Capital Appreciation sub fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SUSAN W. WRIGHT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544